ACCEPTED
04-15-00781-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/10/2015 5:06:54 PM
KEITH HOTTLE
CLERK

04-15-00781-CV

CAUSE NO. 2015-CI-13685

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/10/2015 5:06:54 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| AUSTIN MATERIALS, LLC dba | § | IN THE DISTRICT COURT |
| RAMMING PAVING COMPANY, | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | 57th JUDICIAL DISTRICT |
| vs. | § | |
| | § | |
| ALL AMERICAN EXCAVATION, | § | |
| INC., | § | |
| BARTLETT COCKE GENERAL | § | |
| CONTRACTORS, LLC AND CHUBB | § | |
| & SON, INC., a division of FEDERAL | § | |
| INSURANCE COMPANY, | § | BEXAR COUNTY, TEXAS |
| *Defendants*. | | |

### DEFENDANT ALL AMERICAN EXCAVATION, INC.'S NOTICE OF ACCELERATED APPEAL

COMES NOW Defendant All American Excavation, Inc. ("Defendant") and hereby gives notice per Texas Rule of Appellate Procedure 25 and 28 of its accelerated appeal per Texas Civil Practices & Remedies Code §51.016 of the District Court's Order Denying Defendant's Motion to Abate and Compel Arbitration entered on December 4, 2015. This appeal is taken to the Fourth Court of Appeals in San Antonio, Texas, and is **NOT** a parental termination or child protection case.

8203-15\00545582.000

1

Respectfully submitted,

TAUBE SUMMERS HARRISON TAYLOR
   MEINZER BROWN LLP

By:   */s/ Neal Meinzer*
      B. Neal Meinzer
      State Bar No. 00797065
      nmeinzer@taubesummers.com
      S. King
      State Bar No. 24067708
      aking@taubesummers.com
100 Congress Ave., 18th Floor
Austin, Texas 78701
Telephone: (512) 472-5997
Telecopier: (512) 472-5248

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

Pursuant to the Texas Rules of Civil Procedure 21 and 21a, a true and correct copy of the foregoing was served on all counsel of record by email as listed below, on December 10, 2015.

Lee Elms
Thomas S. Harmon
Elms Harmon Macchia, LLC
2702 Treble Creek
San Antonio, Texas 78258
l.elms@elmslaw.com
tharmon@elmslaw.com

*/s/ Neal Meinzer*

8203-15\00545582.000

2

Neal Meinzer

8203-15\00545582.000